**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00060-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALEJANDRO LOPEZ-RAMIREZ,

    Defendant.

## MINUTE ORDER[1]

    A Notice of Disposition has been filed in this matter. On **March 22, 2012**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a Change of Plea hearing. Counsel for the government shall arrange, coordinate, and initiate the conference call necessary to facilitate the setting conference.

    Dated: March 20, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.